**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 332 MAL 2021

            Respondent                 :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

              v.                       :

                                         :

AMY MCFALLS,                             :

                Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.  The Application to Withdraw as Co-Counsel is **GRANTED**.